| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:26-mj-00180-WCM |
| v. | ) |
| | ) |
| RICARDO PAREDES-PABLO | ) |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kyle Wear, Deportation Officer, United States Immigration and Customs Enforcement, United States Department of Homeland Security, being duly sworn, state that:

## BACKGROUND

1. Your affiant is a graduate of the Federal Law Enforcement Training Center (FLETC) and has been employed as a federal officer of Immigration and Customs Enforcement (ICE) for eighteen years, during which time he has conducted numerous investigations relating to administrative and criminal violations of the Immigration & Nationality Act (INA).

2. The information contained in this affidavit is based on your Affiant's personal participation in this investigation and information provided to your Affiant by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint against Ricardo PAREDES-Pablo (PAREDES-Pablo). Your Affiant has not included every fact known to him concerning this investigation but has set forth only those facts believed to be necessary for said purpose.

3. Your Affiant respectfully asserts that sufficient evidence exist to support a probable cause finding that PAREDES-Pablo violated Title 8, United States Code, Section 1326(a) and (b)(1)(illegal re-entry after deportation by a felon), as he failed to obtain the advance express consent of the Homeland Security Secretary to apply for readmission by before returning to the United States after his removal.

## FACTS SUPPORTING PROBABLE CAUSE

4. On July 25, 2026, the Charlotte-Mecklenburg Police Department arrested PAREDES-Pablo for, among other charges, Driving While Intoxicated, Open Container after Consumption, and Failure to Maintain Lane Control. The Mecklenburg County District Attorney's Office declined to prosecute.

1

5. On July 25, 2026, Deportation Officer Peterson with the ICE Criminal Alien Program conducted a review of recent arrests in the Mecklenburg County, North Carolina database and queried PAREDES-Pablo's name and date of birth through immigration indices. At that time, it was determined that PAREDES-Pablo is the subject of FBI Number 343998WB7, Immigration A-File Number 088 238 839, and State Identification Numbers NC1233018A and GA2973674P. Immigration records further confirm that he was previously removed from the United States and has no record of lawful re-entry.

6. On July 25, 2026, an Immigration Detainer (agency form I-247) against PAREDES-Pablo was lodged with the Mecklenburg County Jail.

7. Your Affiant conducted criminal justice inquires and database searches, reviewed Immigration A-file 88 238 839 relating to PAREDES-Pablo, and discovered that:

a) his name is Ricardo PAREDES-Pablo, according to his own statements;
b) he is a citizen of Mexico by virtue of birth in Morales, Mexico on February 24, 1981, per his own statements;
c) he is also known as RODRIGUEZ-QUINTERO, Armando, QUINTERO, Ricardo Pablo and Pablo RICARDO;
d) he was assigned FBI number 343998WB7, Immigration A-file Number 88 238 839, and State Identification Numbers NC1233018A and GA2973674P;
e) on May 18, 2007, PAREDES-Pablo was encountered by the Mecklenburg County Sheriff's 287(g) Program. The Deputy with the 287(g) program determined PAREDES-Pablo was residing in the United States without permission;
f) on May 22, 2007, PAREDES-Pablo was issued Notice to Appear (agency form I-862) under section 212 (a)(6)(A)(i) of the Immigration and Nationality Act, alien present in the United States without being admitted or paroled by an Immigration Officer;
g) on July 22, 2007, an Immigration Judge at Atlanta, Georgia, issued PAREDES-Pablo an order of removal to Mexico;
h) on July 27, 2007, Warrant of Removal/Deportation (agency form I-205) was executed by including his photograph, fingerprint, and signature, and PAREDES-Pablo was removed from the United States to Mexico, on foot, at Hidalgo, TX, under the name Ricardo Pablo, and being advised prior to removal that it is a crime after removal from the United States to enter, attempt to enter, or be found in the United States at any time without the express consent of the Secretary of Homeland Security;
i) on October 2, 2012, ICE served PAREDES-Pablo with a Notice and Order of Intent/Decision to Reinstate Prior Order (agency form I-871);

2

j) on November 5, 2012, PAREDES-Pablo was convicted in the North Carolina District Court, Mecklenburg County, for Driving While Intoxicated, and he was sentenced to 12 months incarceration;

k) on June 18, 2013, Warrant of Removal/ Deportation (agency form I-205) was executed by including his photograph, fingerprint, and signature, and PAREDES-Pablo, on foot, was removed from the United States to Mexico, at Hidalgo, Texas, under the name Ricardo Pablo, and he was advised prior to removal that it is a crime after removal from the United States to enter, attempt to enter, or be found in the United States at any time without the express consent of the Secretary of Homeland Security;

l) on April 4, 2025, ICE served PAREDES-Pablo with a Notice and Order of Intent/Decision to Reinstate Prior Order, by Immigration and Customs Enforcement (agency form I-871) at Charlotte, NC;

m) On April 8, 2025, Warrant of Removal/ Deportation (agency form I-205), was executed by including his photograph, fingerprint, and signature, and PAREDES-Pablo was removed, on foot,  from the United States to Mexico from El Paso, Texas, under the name Ricardo Pablo, and he was advised prior to removal that it is a crime after removal from the United States to enter, attempt to enter, or be found in the United States at any time without the express consent of the Secretary of Homeland Security;

n) on June 4, 2025, United States Border Patrol served PAREDES-Pablo with Notice and Order of Intent/Decision to Reinstate Prior Order (agency form I-871);

o) on October 8, 2025, PAREDES-Pablo was convicted in the United States Court, District of New Mexico, for Illegal Re-Entry of a Removed Alien. For this offense, PAREDES-Pablo was sentenced to 5 months incarceration;

p) on November 11, 2025, a Warrant of Removal/ Deportation (agency form I-205) was executed by including his photograph, fingerprint, and signature, and PAREDES-Pablo was removed, on foot, from the United States to Mexico, at El Paso, Texas, under the name Ricardo Pablo, and he was advised prior to removal that it is a crime after removal from the United States to enter, attempt to enter, or be found in the United States at any time without the express consent of the Secretary of Homeland Security;

8. On August 10, 2026, after thorough review of the A-file, your Affiant conducted record checks of immigration indices and was unable to locate any record that PAREDES-Pablo applied for, or was granted, permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation/removal.

3

CONCLUSION

Based on the above information, your Affiant respectfully asserts that sufficient facts exist to support a probable cause finding that Ricardo PAREDES-Pablo has committed the offense of illegal re-entry after deportation from the United States by a felon, in violation Title 8, United States Code, Sections 1326(a) and (b)(1).

*AUSA Kenneth M. Smith reviewed this Affidavit.*

RESPECTFULLY SUBMITTED,

/s/Kyle Wear

Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security Investigations

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 12th day of August, 2026 at 3:00 PM.

W. Carleton Metcalf
United States Magistrate Judge

4